IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

　　Plaintiff,

vs.

**JOSE LUIS CANO, also known as JOEL CANO,**

　　　　　　　　　　　　　　　　　　Cause No. 2-25-mj-00868-gjf

　　Defendants.

### MOTION TO SUBSTITUTE AS ATTORNEY FOR DEFENDANT

**COMES NOW, GARY C. MITCHELL, P.C.**, Attorneys at Law, and moves to substitute William L. Lutz and David P. Lutz of Martin & Lutz, P.C., as attorney of record in the above entitled case.

In support thereof undersigned counsel states as follows:

1. Attorney Gary C. Mitchell has been retained by Defendant.

**WHEREFORE,** attorney Gary C. Mitchell prays this Honorable Court grant him leave to substitute William L. Lutz and David P. Lutz as attorney of record in the above entitled case.

DATED this 21st day of May, 2025.

　　　　　　　　　　　　　　　　　　/s/ Gary C. Mitchell
　　　　　　　　　　　　　　　　　　GARY C. MITCHELL, P.C.
　　　　　　　　　　　　　　　　　　P.O. Box 2460
　　　　　　　　　　　　　　　　　　Ruidoso, New Mexico 88345
　　　　　　　　　　　　　　　　　　(575) 257-3070
　　　　　　　　　　　　　　　　　　gary@gmlaw.org

　　　　　　　　　　　　　　　　　　ATTORNEY FOR DEFENDANT

APPROVED:

_____
Jose Luis Cano aka Joel Cano

_____
William L. Lutz

_____
David P. Lutz

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served by the Court's EM/ECF system to counsel of record, this 21st day of May, 2025.

                                               /s/ Gary C. Mitchell
                                               Gary C. Mitchell, P.C.