FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
OCT 7 2025
MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CRIMINAL NO. 25-4146 MIS |
| vs. | ) Count 1: 18 U.S.C. § 1512(k): Conspiracy to Tamper with Evidence; |
| NANCY ANN CANO and JOSE LUIS CANO, a.k.a. Joel Cano, | ) Count 2: 18 U.S.C. § 1512(c)(1): Tampering with Evidence. |
| Defendants. | ) |

INDICTMENT

The Grand Jury charges:

Count 1

From on or about March 3, 2025, and continuing to on or about April 20, 2025, in Doña Ana County, in the District of New Mexico, and elsewhere, the defendants, **NANCY ANN CANO and JOSE LUIS CANO, a.k.a. Joel Cano**, knowingly and intentionally combined, conspired, confederated, agreed, and acted interdependently with each other and with other persons known and unknown to the Grand Jury to corruptly destroy, alter, and conceal a record, document, and other object with the intent to impair its integrity and availability for use in, and otherwise obstruct, influence, and impede, an official proceeding.

In violation of 18 U.S.C. § 1512(k).

Count 2

On a date on or between March 3, 2025, and April 20, 2025, in Doña Ana County, in the District of New Mexico, the defendant, **JOSE LUIS CANO, a.k.a. Joel Cano**, corruptly altered, destroyed, altered, and concealed a record, document, and other object, specifically, a cellular

phone, and attempted to do so, with the intent to impair its integrity and availability for use in an official proceeding.

In violation of 18 U.S.C. § 1512(c)(1).

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

Assistant United States Attorney